UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD RAY WILSON, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2704** |
| **TANGIPAHOA PARISH JAIL, ET AL.** | **SECTION "L"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Donald Ray Wilson Jr.'s 42 U.S.C. § 1983 complaint against defendants Tangipahoa Parish Sheriff's Office Jail and medical staff be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A, and as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Wilson's § 1983 claims for medical indifference against Nurse Brittany and Sgt. Bates **SHALL** proceed forward and remain referred to the undersigned Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, this 28th day of May, 2025.

_____
**UNITED STATES DISTRICT JUDGE**

CLERK TO SEND NEF to Magistrate Judge Roby