**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DONALD RAY WILSON, JR.** | * | **CIVIL ACTION NO. 24-2704** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **TANGIPAHOA PARISH JAIL, ET AL.** | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

\*    \*    \*    \*    \*    \*    \*    \*

**O R D E R**

The Court, having considered the Complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, R. Doc. 35, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion herein. Accordingly;

**IT IS ORDERED** that Plaintiff Donald Ray Wilson, Jr.'s 42 U.S.C. § 1983 claims against Nurse Brittany Calais are hereby **DISMISSED** *without prejudice* for failure to timely serve summons in accordance with Fed. R. Civ. P. 4(m) and failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 29th day of July, 2026.

_____
THE HONORABLE ELDON E. FALLON